**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| CHARLES WILLIS, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 21-19403 (GC) (TJB) |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF MERCER, et al., | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

**CASTNER, District Judge**

Plaintiff is proceeding *pro se* with a civil complaint. Recently, mail sent to Plaintiff by this Court was returned as undeliverable on Plaintiff. (*See* ECF 11). Subsequently, this Court received a letter from the County of Mercer's Office of General Counsel updating Plaintiff's address. (*See* ECF 12). This Court then resent mail to Plaintiff at this new address. However, a review of the New Jersey Department of Corrections online inmate locator shows that there was an error in updating Plaintiff's SBI number as given by the County of Mercer's Office of General Counsel. *See https://www20.state.nj.us/DOC_Inmate/details?x=1074626&n=0* (last visited on July 10, 2023). Thus, the Clerk will be ordered to update Plaintiff's SBI number so that the relevant documents from this Court can be properly delivered to Plaintiff.

Accordingly, IT IS on this 18th day of July, 2023,

ORDERED that the Clerk shall update Plaintiff's SBI number on his address of record as follows: 557561**B**; and it is further

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail a copy of the following: (1) this Court's May 15, 2023 Opinion and Order (ECF 8 & 9); (2) the Clerk's letter

regarding the transmittal of USM 285 forms (ECF 10) and the relevant number of USM forms as previously sent to Plaintiff that were returned as undeliverable on Plaintiff by the Clerk; and (3) a blank copy of a motion for the appointment of pro bono counsel in a prisoner civil rights case should Plaintiff elect to file such a motion.


GEORGETTE CASTNER
United States District Judge